**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 0:26-cv-61449-EA**

**Karina Alvarez San Juan,**

       Petitioner,

v.

**Markwayne Mullin,** *Secretary of the Department of Homeland Security*,
**Field Director,** *Deportation and Removal Operations, Immigration and Customs Enforcement*,
**Warden**, *South Louisiana Processing Center*,

       Respondents.

_____/

## ORDER GRANTING RESPONDENTS' MOTION TO TRANSFER VENUE

This cause comes before the Court on the respondents' motion to either dismiss for lack of jurisdiction or to transfer venue [ECF No. 5]. As alleged in the petition, the petitioner is currently being detained in the South Louisiana Processing Center in Basile, Louisiana. ECF No. 1 at 2. Basile, Louisiana is in Evangeline Parish, which is in the Western District of Louisiana. *See* 28 U.S.C. § 98(c). Thus, this Court lacks jurisdiction over the petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) ("District courts are limited to granting habeas relief 'within their respective jurisdictions.'" (quoting 28 U.S.C. § 2241(a))).

Therefore, it is **ORDERED AND ADJUDGED**:

1. The motion [ECF No. 5] is **GRANTED**.

2. The Clerk of the Court shall **TRANSFER** this case to the United States District Court for the Western District of Louisiana.

3. This **CASE IS CLOSED**.

   **DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 29th day of May 2026.



ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Michelle Antoinnette Borton**
19679 Roseate Dr Lutz FL 33558
Lutz, FL 33558
8134358620
Email: Bortonlaw@gmail.com

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Carlos Javier Raurell**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9243
Fax: 305-530-7139
Email: carlos.raurell@usdoj.gov

2